### SMITH, AUDITOR, v. TALLASSEE FALLS MANU-FACTURING CO.
(Decided May 11, 1915.)

APPEAL from Montgomery Circuit Court.

Heard before Hon. W. W. PEARSON.

W. L. MARTIN, Attorney General, for appellant. J. M. CHILTON, and THOMAS & WILEY, for appellee.

Per curiam. Affirmed on motion of the attorney general.

---

### HARWELL v. THE STATE.
(Decided May 20, 1915.)

CERTIORARI to Court of Appeals.

W. L. MARTIN, Attorney General, and ROBERT G. ARRINGTON, for appellant. J. R. THOMAS, for appellee.

MAYFIELD, J.—The judgment of Court of Appeals in *Harwell v. State,* 12 Ala. App. 265, 68 South. 500, is affirmed and the writ denied. See, also, 11 Ala. App. 188, 65 South. 702.

All the Justices concur.

---

### STATE EX REL. WEATHERLY, ET AL. v. BIRMINGHAM WATERWORKS CO.
(Decided April 10, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

ROMAINE BOYD, M. M. ULLMAN, and HARSH & FITTS, for appellant. PERCY, BENNERS & BURR, and FRANK SPURLOCK, for appellee.

Per curiam. Appeal dismissed by agreement.